# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **WILLIAM JASON GLENN, and LORILYN GLENN, individually, and as parents and guardians of E.G., a minor child,**<br><br>Plaintiffs,<br><br>v.<br><br>**DAVIS SCHOOL DISTRICT, et al,**<br><br>Defendants. | **ORDER GRANTING PLAINTIFFS' PETITION FOR APPROVAL OF A MINOR'S SETTLEMENT, APPOINTMENT OF A CONSERVATOR, PERMISSION TO ENDORSE SETTLEMENT CHECK, AND AUTHORITY TO EXECUTE RELEASE**<br><br>Case No. 1:19-cv-00008-DAK<br><br>Judge Dale A. Kimball |

After consideration of Plaintiffs' Petition for Approval of a Minor's Settlement, Appointment of a Conservator, Permission to Endorse Settlement Check, and Authority to Execute Release, and pursuant to Utah Code § 75-5-401, et. seq., the Court finds that venue is proper and that the best interest and welfare of the protected person will be served by the settlement of this claim.

THEREFORE, it is hereby ordered as follows:

1. Petitioners William Jason Glenn and Lorilyn Glenn are appointed as Co-Conservators of the estate of E.G., a minor child, to serve indefinitely and without bond;

2. The Co-Conservators are authorized to approve the minor's settlement as fair and reasonable;

3. The Co-Conservators are authorized to execute any General Release on behalf of E.G.;

4. The Co-Conservators are authorized to endorse any settlement checks on behalf of E.G. and/or to execute a power of attorney on behalf of Plaintiffs' Attorney to endorse any settlement checks and deposit them in the Scott L. Hansen PLLC Attorney Trust Account;

5. Payment of $35,000 for attorney fees and costs, is authorized to be paid to Attorney Scott L. Hansen PLLC, as described above;

6. $9,000 is authorized to be paid to Lorilyn Glenn, $9,000 is authorized to be paid to William Jason Glenn and the remaining $12,000 is authorized to be placed in a trust account established by the Co-Conservators for the minor child, E.G.;

7. The Co-Conservators are authorized to release all funds remaining in the trust account to E.G. on his 18th birthday, without any further action by the Court.

DATED this 16th day of June, 2020.

BY THE COURT:

**JUDGE DALE A. KIMBALL**
*United States District Judge*