Scott L. Hansen (12536)
SCOTT L. HANSEN PLLC
2650 Washington Boulevard, Suite 201
Ogden, Utah 84401
Telephone: 801-393-2322
email: scott.l.hansen@gmail.com
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| **WILLIAM JASON GLENN, and LORILYN GLENN, individually, and as parents and guardians of E.G., a minor child;**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DAVIS SCHOOL DISTRICT, et al.,**<br><br>**Defendants.** | **ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br><br>**Civil No. 1:19-cv -00008-DAK-PMW**<br><br>**District Judge Dale A. Kimball**<br>**Chief Magistrate Judge Paul M. Warner** |

After considering the parties' Stipulated Motion to Dismiss Case with Prejudice, and pursuant to the parties' Settlement Agreement and Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court enters its Order as follows:

1. The above-captioned case is dismissed with prejudice.

2. The parties are to bear their own fees and costs incurred in connection with this case.

DATED this 21st day of July 2020.

                                                                            **BY THE COURT:**

                                                                       **JUDGE DALE A. KIMBALL**
                                                                       *United States District Judge*